# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2476 | **DATE** | 5/16/2008 |
| **CASE TITLE** | Central States vs. Jane Hill Johnson and Sharon Robinson Horne | | |

**DOCKET ENTRY TEXT**

After a careful review of this recently filed interpleader complaint, the Court hereby enters a judgment directing Plaintiffs to deposit the controverted funds of $40,000 together with accrued interest, if any, with the Clerk of the Court. The Clerk of the Court is directed to deposit said funds in an interest bearing account. Plaintiffs are directed to serve the complaint. This case will be referred to Magistrate Judge Keys to conduct a settlement conference once all parties have appeared.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|