AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Central States, Southeast and Southwest Areas
Health and Welfare Fund, and Howard
McDougall, Trustee, (Plaintiffs),

V.

Jane Hill Johnson and
Sharon Robinson Horne, (Defendants).

CASE NUMBER:   08CV2476

ASSIGNED JUDGE:   JUDGE CASTILLO

DESIGNATED
MAGISTRATE JUDGE:   MAGISTRATE JUDGE KEYS

TO: (Name and address of Defendant)

Sharon R. Horne
2030 N. Main Ave.
Newton, NC 28658

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles H. Lee
Central States Law Department
9377 W. Higgins Road -10th Floor
Rosemont, IL  60018

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*(signature)*

(By) DEPUTY CLERK

April 30, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 05-07-08  09:15 AM |
| NAME OF SERVER (PRINT)  Thomas John #3559 | TITLE  Deputy CCSO |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: _____

    2030 N Main Ave Newton, NC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  05-07-08  *Thomas C John CCSO #3559*
    Date              Signature of Server

    PO Box 385 Newton, NC 28658
    Address of Server

    *Thomas C John* (#3559)

L David Huffman
Catawba

received
5-6-08
pd. $15
per F

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.