AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Central States, Southeast and Southwest Areas
Health and Welfare Fund, and Howard
McDougall, Trustee, (Plaintiffs),

V.

Jane Hill Johnson and
Sharon Robinson Horne, (Defendants).

CASE NUMBER: 08CV2476

ASSIGNED JUDGE: JUDGE CASTILLO

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE KEYS

TO: (Name and address of Defendant)

Jane Hill Johnson
2022 Green Valley Road
Greenville, TN 37818

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles H. Lee
Central States Law Department
9377 W. Higgins Road -10th Floor
Rosemont, IL 60018

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*[signature]*

----------------------------------
**(By) DEPUTY CLERK**

**April 30, 2008**
----------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): I, JANE HILL JOHNSON, ACCEPT SERVICE OF THE COMPLAINT AND SUMMONS IN THIS CASE, NUMBER C8CV2476, AND ACKNOWLEDGE RECEIPT OF SUCH AND WAIVE ANY OTHER REQUIREMENTS OF SERVICE.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER** DEFENDANT

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-20-08
           Date

Signature of Server  *[signed]* JANE HILL JOHNSON, DEFENDANT

Address of Server: 66 Redwood Lane, Mosheim, TN 37818
c/o 324 6th STREET, BRISTOL, TN 37620
423-383-5412

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.