IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND, and HOWARD MCDOUGALL, Trustee, <br><br> Plaintiffs, <br><br> v. <br><br> JANE HILL JOHNSON and SHARON ROBINSON HORNE, <br><br> Defendants. | Case No. 08 C 2476 <br><br> Judge Ruben Castillo <br><br> Magistrate Judge Keys |

**PLAINTIFFS' MOTION FOR DISCHARGE**

**NOW COME** Plaintiffs, Central States, Southeast and Southwest Areas Health and Welfare Fund ("Central States") and Howard McDougall, trustee, and hereby request that this Court enter an order discharging Central States from any liability to Defendants, Jane Hill Johnson and Sharon Robinson Horne, for the payment of life insurance benefits upon the payment by Central States of $40,000.00 (representing the accidental death benefit payable by Central States to the proper beneficiary of Robert M. Johnson) to the Clerk of the Court.

In support of this motion, Plaintiffs state as follows:

1. Central States is an "employee welfare benefit plan" as that term is defined in section 3(1) of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1002(1).

2. Central States provides, amongst other benefits, an Accidental Death and

Dismemberment Benefit ("AD&DB") payable to the designated beneficiary of a covered participant pursuant to the terms of Central States' Health and Welfare Plan.

3. Robert M. Johnson was a covered participant of Central States when he died on June 17, 2007, and an AD&DB in the amount of $40,000.00 is payable to his properly designated beneficiary.

4. Central States was in great doubt as to which of the Defendants was the proper beneficiary of the $40,000.00 AD&DB as a result of the death of Robert M. Johnson. Accordingly, Central States filed this interpleader action on April 30, 2008.

5. Defendant Sharon Robinson Horne was served on May 7, 2008.

6. Defendant Jane Hill Johnson was served on May 20, 2008.

7. On May 16, 2008, this Court entered a minute order directing Central States to deposit the controverted funds of $40,000.00 together with accrued interest, if any, with the Clerk of Court. However, the Court's order made no reference to discharging Central States from any liability or dismissing Central States from the suit upon depositing the funds.

8. Central States stands ready to pay $40,000.00 to the Clerk of the Court.

9. Central States requests that the Order attached hereto as <u>Exhibit A</u> be entered.

[Remainder of page intentionally left blank]

-3-

**WHEREFORE**, Plaintiffs request that this Court enter an order discharging Central States from any liability to Defendants, Jane Hill Johnson and Sharon Robinson Horne, for the AD&DB which is payable as a result of the death of Robert M. Johnson, upon the payment by Central States of $40,000.00 to the Clerk of the Court.

Respectfully submitted,

/s/ Charles H. Lee
Charles H. Lee (ARDC #6244633)

Charles H. Lee
CENTRAL STATES FUNDS
Law Department
9377 W. Higgins Road, 10th Floor
Rosemont, IL 60018
May 29, 2008                                   (847) 518-9800, Ext. 3468

## CERTIFICATE OF SERVICE

I, Charles H. Lee, one of the attorneys for the Central States, Southeast and Southwest Areas Health and Welfare Fund, certify that on May 29, 2008, I electronically filed the foregoing Plaintiffs' Motion for Discharge with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

- Mark J. Vogel - mjvogel@ameritech.net,mwitvliet72@yahoo.com,kft5555@aol.com

I further certify that the foregoing document has been mailed via UPS Next Day Air, Tracking No. 1Z 395 1X9 01 9760 0044, to the following non-ECF participant:

- Frank L. Slaughter, Jr., Esq.
  Frank L. Slaughter, Jr., P.C.
  324 6th Street
  Bristol, Tennessee 37620

/s/ Charles H. Lee
Charles H. Lee (ARDC #6244633)
Attorney for Central States

CENTRAL STATES FUNDS
Law Department
9377 W. Higgins Road, 10th Floor
Rosemont, IL  60018
847-518-9800, Ext. 3468

F:263680 / 08710021 / 5/29/08

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND, and HOWARD MCDOUGALL, Trustee,<br><br>  Plaintiffs,<br><br>v.<br><br>JANE HILL JOHNSON and SHARON ROBINSON HORNE,<br><br>  Defendants. | Case No. 08 C 2476<br><br>Judge Ruben Castillo<br><br>Magistrate Judge Keys |

**ORDER**

THIS CAUSE COMING TO BE HEARD on Plaintiffs' Motion For Discharge, the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

1. The Central States, Southeast and Southwest Areas Health and Welfare Fund ("Central States") is ordered to immediately deposit $40,000.00 with the Clerk of the Court for the United States District Court for the Northern District of Illinois, which sum represents the total Accidental Death and Dismemberment Benefit ("AD&DB") payable by Central States to the proper beneficiary of Robert M. Johnson;

2. Upon payment of $40,000.00 to the Clerk of the Court, Central States is discharged from any liability to all of the Defendants for the AD&DB which is payable by Central States to the proper beneficiary of Robert M. Johnson;

3. The $40,000.00 paid by Central States to the Clerk of the Court will be held by the clerk in an interest bearing account, subject to disposition by further order of this

-2-

Court; and

    4.    Plaintiffs are dismissed with prejudice.

ENTER:

Dated: _____

_____
The Honorable Ruben Castillo