IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST <br> AND SOUTHWEST AREAS HEALTH <br> AND WELFARE FUND, and <br> HOWARD MCDOUGALL, Trustee, <br><br> Plaintiffs, <br><br> v. <br><br> JANE HILL JOHNSON and <br> SHARON ROBINSON HORNE, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Case No. 08 C 2476 <br> ) <br> ) Judge Ruben Castillo <br> ) <br> ) Magistrate Judge Keys <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF MOTION

TO:   See Certificate of Service

PLEASE TAKE NOTICE that on June 4, 2008, at the hour of 9:45 a.m., or as soon thereafter as counsel may be heard, the Plaintiffs' attorney will appear before the Honorable Judge Ruben Castillo, of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Chicago, Illinois, or such other Judge as may be sitting in his stead in courtroom number 2141 and present Plaintiffs' Motion for Discharge.

/s/ Charles H. Lee
Charles H. Lee (ARDC #6244633)

Charles H. Lee
CENTRAL STATES FUNDS
Law Department
9377 W. Higgins Road, 10th Floor
Rosemont, IL 60018
May 29, 2008                                           (847) 518-9800, Ext. 3468

F:263700 / 08710021 / 5/29/08                    -1-

-2-

## CERTIFICATE OF SERVICE

I, Charles H. Lee, one of the attorneys for the Central States, Southeast and Southwest Areas Health and Welfare Fund, certify that on May 29, 2008, I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

- Mark J. Vogel - mjvogel@ameritech.net,mwitvliet72@yahoo.com,kft5555@aol.com

I further certify that the foregoing document has been mailed via UPS Next Day Air, Tracking No. 1Z 395 1X9 01 9760 0044, to the following non-ECF participant:

- Frank L. Slaughter, Jr., Esq.
  Frank L. Slaughter, Jr., P.C.
  324 6th Street
  Bristol, Tennessee 37620

/s/ Charles H. Lee
Charles H. Lee (ARDC #6244633)
Attorney for Central States

CENTRAL STATES FUNDS
Law Department
9377 W. Higgins Road, 10th Floor
Rosemont, IL  60018
847-518-9800, Ext. 3468