Case 1:08-cv-02476   Document 16   Filed 05/30/2008   Page 1 of 1



Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2476 | **DATE** | 5/30/2008 |
| **CASE TITLE** | Central States vs. Jane Hill Johnson, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for discharge [14] is granted. Enter Order. Upon payment of $40,000 to the Clerk of Court, Central States is discharged from any liability to all of the defendants for the AD&DB which is payable by Central States to the proper beneficiary of Robert M. Johnson. The $40,000 paid by Central States to the Clerk of Court will be held by the clerk in an interest bearing account, subject to disposition by further order of this Court. Plaintiffs are dismissed with prejudice. The motion hearing set for 6/4/2008 is vacated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|