IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND, and HOWARD MCDOUGALL, Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>JANE HILL JOHNSON and SHARON ROBINSON HORNE,<br><br>Defendants. | Case No. 08 C 2476<br><br>Judge Ruben Castillo<br><br>Magistrate Judge Keys |

## ORDER

THIS CAUSE COMING TO BE HEARD on Plaintiffs' Motion For Discharge, the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

1. The Central States, Southeast and Southwest Areas Health and Welfare Fund ("Central States") is ordered to immediately deposit $40,000.00 with the Clerk of the Court for the United States District Court for the Northern District of Illinois, which sum represents the total Accidental Death and Dismemberment Benefit ("AD&DB") payable by Central States to the proper beneficiary of Robert M. Johnson;

2. Upon payment of $40,000.00 to the Clerk of the Court, Central States is discharged from any liability to all of the Defendants for the AD&DB which is payable by Central States to the proper beneficiary of Robert M. Johnson;

3. The $40,000.00 paid by Central States to the Clerk of the Court will be held by the clerk in an interest bearing account, subject to disposition by further order of this

F:263681 / 08710021 / 5/29/08

-1-

Court; and

    4.    Plaintiffs are dismissed with prejudice.

Dated: _5/27/08_

5/29/2008

ENTER:

The Honorable Ruben Castillo