MHK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND, and HOWARD MCDOUGALL, Trustee, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| JANE HILL JOHNSON and SHARON ROBINSON HORNE, | ) ) ) |
| Defendants. | ) ) |

FILED: APRIL 30, 2008
08CV2476   PH
JUDGE CASTILLO
MAGISTRATE JUDGE KEYS

FILED
JUN 0 5 2008   NF
6-5-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## DEFENDANT JANE HILL JOHNSON'S ANSWER TO COMPLAINT FOR INTERPLEADER

COMES NOW, Jane Hill Johnson, hereinafter "Defendant Johnson"), *pro se*, and for her answer to Plaintiffs' Complaint for Interpleader, would respectfully show unto the Court the following:

1. Defendant Johnson admits the allegations of paragraphs 1 and 2 of the Complaint.

2. Defendant Johnson admits the allegations of paragraph 3 of the Complaint, but affirmatively states that proper venue also lies in the United States District Court for the Eastern District of Tennessee at Greeneville, Tennessee and that is the more appropriate venue since all defendants reside in and all events upon which this lawsuit is based occurred in that District and since Defendant Jane Hill Johnson is financially unable to come to Illinois to defend or hire an attorney to defend in Illinois, and the

only connection the Northern District of Illinois has with this case is that the fund is administered there and the principal office of Plaintiffs is located there.

3. Defendant Johnson admits the allegations of paragraphs 4-21 of the Complaint.

4. Defendant Johnson has no knowledge of the allegations of paragraph 22--26 of the Complaint, denies paragraphs 22-26 on that basis and affirmatively states that she is entitled to payment of the $40,000.00 AD & DB fund, except that she admits that interpleader is an appropriate cause of action in this case.

5. Defendant Johnson admits the allegations of paragraph 27 of the Complaint in that she agrees that Plaintiffs should deposit the $40,000.00 fund into court, except that the monies should be deposited in the United States District Court for the Eastern District of Tennessee at Greeneville, Tennessee and that this case should be transferred to that Court.

WHEREFORE Defendant Johnson prays that:

A. This Case be transferred to the United States District Court for the Eastern District of Tennessee at Greeneville, Tennessee;

B. That Plaintiffs be ordered to pay into Court the $40,000.00 AD&DB payable as a result of the death of Robert M. Johnson and that Plaintiffs be released from further liability to her;

C. That Defendant Johnson be paid the full amount of the $40,000.00 AD&DB payable as a result of the death of Robert M. Johnson plus interest;

D. That Defendant Johnson be awarded her attorney's fees and costs as against Defendant Sharon Robinson Horne; and

E. That Defendant Johnson be given other and further relief as is just under the circumstances.

### DEFENDANT JANE HILL JOHNSON'S MOTION TO TRANSFER THIS CASE TO UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE

COMES NOW, Defendant Johnson, *pro se*, and for her Motion to Transfer this Case to United States District Court for the Eastern District of Tennessee at Greeneville, Tennessee, would respectfully show unto the Court the following:

1. Defendant Johnson is a citizen and resident of Mosheim, Greene County, Tennessee residing at 66 Redwood Lane, Mosheim, Tennessee 37818, in the geographical jurisdiction of the United States District Court for the Eastern District of Tennessee at Greeneville, Tennessee.

2. Defendant Sharon Robinson Horne is a citizen and resident of Tennessee residing at her last known address of 995 Weems Chapel Road, Mosheim, Tennessee 37818, in the geographical jurisdiction of the United States District Court for the Eastern District of Tennessee at Greeneville.

3. Robert M. Johnson, Plaintiffs' insured, resided in the State of Tennessee and in the geographical jurisdiction of the United States District Court for the Eastern District of Tennessee at Greeneville until the time of his death.

4. That a divorce was filed in the Chancery Court for the State of Tennessee 3rd Judicial District at Greeneville, Civil Action No. 20060131 on April 27, 2006 by Jane Hill Johnson against Robert Michael Johnson.

5. That Robert Michael Johnson died accidentally in Greene County, Tennessee on the 17th day of June 2007,

6. The Estate of Robert M. Johnson is being administered in the Probate Court for Greene County at Greeneville, Tennessee, and there is pending in that Probate a civil action, with Defendant Jane Hill Johnson as Plaintiff and Defendant Sharon Robinson Horne as Defendant concerning the right to payment of the $40,000.00 fund held by Central States, although Central States is not a party to that case, Case No. 2007P192.

7. That the evidence and witnesses in this case all are all present in the United States District Court for the Eastern District of Tennessee at Greeneville, Tennessee.

   WHEREFORE Defendant Johnson prays that:

A. This Case be transferred to the United States District Court for the Eastern District of Tennessee at Greeneville, Tennessee; and

B. That she be given other and further relief as is just under the circumstances.

Respectfully submitted,

JANE HILL JOHNSON, *Pro Se*

Jane Hill Johnson, *Pro Se*
c/o 324 6th Street
Bristol, Tennessee 37620
(423) 383-5412

## AFFIDAVIT OF JANE HILL JOHNSON

I, Jane Hill Johnson, having been duly sworn, do hereby acknowledge that I am over the age of 18 years and have personal knowledge of the contents of this Affidavit, and state as follows:

1. I am the widow of Robert M. Johnson, a Defendant in this case and Administrator and Plaintiff in the Probate of Robert M. Johnson in Case No. 20060131, in the Probate Court for Greene County at Greeneville, Tennessee.

2. All the factual allegations in my answer and motion are true and correct to the best of my knowledge.

Further affiant sayeth not.

_____
Jane Hill Johnson

STATE OF TENNESSEE
COUNTY OF SULLIVAN

Sworn to and subscribed before me, a notary public, in and for the State and County aforesaid, this 1st day of June, 2008.

_____
NOTARY PUBLIC

My Commission Expires: November 8, 200_

### CERTIFICATE OF SERVICE

I, Jane Hill Johnson, do hereby certify that I have mailed by U.S. Postal first class postage prepaid a true and correct copy of the foregoing to Charles H. Lee, Attorney for Central States, Central States Funds, Law Department, 9377 W. Higgins Road, 10th Floor, Rosemont, IL 60018 and to Sharon Robinson Horne, Defendant, at her last known address of 995 Weems Chapel Road, Mosheim, TN 37818.

This 2nd day of JUNE, 2008.

_____
Jane Hill Johnson