# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Central States, Southeast and Southwest Areas Health and Welfare Fund, et al.

          Plaintiff,

v.

Case No.: 1:08−cv−02476

Honorable Ruben Castillo

Jane Hill Johnson, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 11, 2008:

MINUTE entry before the Honorable Ruben Castillo:Any response to defendant Jane Hill Johnson's motion to transfer this case to Tennessee [19] is due on or before 6/23/2008. Defendant Johnson's reply will be due on or before 6/30/2008. The Court will rule by mail.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.