IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND, and HOWARD MCDOUGALL, Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>JANE HILL JOHNSON and SHARON ROBINSON HORNE,<br><br>Defendants. | FILED: APRIL 30, 2008<br>08CV2476  PH<br>JUDGE CASTILLO<br>MAGISTRATE JUDGE KEYS<br><br>**FILED**<br>JUN 2 4 2008  TC<br>JUN 24 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

## DEFENDANT JANE HILL JOHNSON'S AMENDED CERTIFICATE OF SERVICE

I, Jane Hill Johnson, do hereby certify that I have mailed Defendant Jane Hill Johnson's Answer to Complaint for Interpleader and Motion to Transfer by U.S. Postal first class postage prepaid a true and correct copy of the foregoing to Mark J. Vogel, Tews, Theisen & Theisen, Attorneys for Sharon Robinson Horne, One N. LaSalle Street, Suite 3000, Chicago, IL 60602.

This 20 day of JUNE, 2008.

Jane Hill Johnson