IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND, and HOWARD MCDOUGALL, Trustee,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JANE HILL JOHNSON and SHARON ROBINSON HORNE,<br><br>　　　　Defendants. | No. 08CV2476<br><br>Judge Castillo<br><br>Magistrate Judge Keys |

## AGREED MOTION FOR AN EXTENSION OF TIME TO REPLY IN SUPPORT OF MOTION TO TRANSFER

Defendant, Jane Hill Johnson, by and through her attorneys, Gardiner Koch & Weisberg, moves this court for an extension of time to reply in support of her Motion to Transfer and in support thereof state:

1. On April 30, 2008, Central States, Southwest and Southwest areas Health and Welfare Fund and Howard McDougall filed s Complaint for Interpleader.

2. On June 5, 2008, Defendant, Jane Hill Johnson, filed her Answer to Complaint for Interpleader. Defendant, Jane Hill Johnson, included a Motion to Transfer with the Answer.

3. On June 11, 2008, the Court set a briefing schedule related to Defendant's Motion to Transfer. The briefing schedule allowed Co-Defendant, Sharon Robinson Horne until June 23, 2008 to respond to Defendant's Motion to Transfer. Defendant was granted until June 30, 2008 to reply to Co-Defendant's Response.

4. On June 23, 2008, Co-Defendant, Sharon Robinson Horne, filed her Response to Defendant's Transfer Motion.

5. On June 30, 2008 Defendant retained Gardiner Koch & Weisberg as her local counsel.

**WHEREFORE**, Defendant moves this court to extend the deadline for her to file her Reply in Support of her Motion to Transfer until July 14, 2008.

JANE HILL JOHNSON

By: _____
One of her attorneys

Thomas G. Gardiner
GARDINER KOCH & WEISBERG
53 W. Jackson Blvd., Suite 950
Chicago, IL 60604
(312) 362-0000
Atty. No.: 29637