IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND, and HOWARD MCDOUGALL, Trustee, | ) ) ) ) ) | |
| Plaintiff, | ) ) | No.  08CV2476 |
| v. | ) ) | Judge Castillo |
| JANE HILL JOHNSON and SHARON ROBINSON HORNE, | ) ) ) | Magistrate Judge Keys |
| Defendants. | ) ) | |

## NOTICE OF FILING

To:　　Mark J. Vogel
　　　　Tews, Theisen & Theisen
　　　　One North LaSalle
　　　　Suite 3000
　　　　Chicago, IL  60602

PLEASE TAKE NOTICE that on the 1st day of July 2008, we caused to be filed electronically with the Clerk of the District Court, Defendant's Motion for an Extension of Time, a copy of which is hereby served upon you.

_____
Attorney for Defendant

Thomas G. Gardiner
GARDINER KOCH & WEISBERG
53 W. Jackson Blvd., Suite 950
Chicago IL 60604
Telephone 312.362.0000
Atty # 29637

## CERTIFICATE OF SERVICE

I, Joseph B. Greer, do hereby affirm under oath that service of this Reply to Plaintiff's Response to Defendants' Motion to Dismiss Plaintiff's Amended Complaint was accomplished pursuant to Electronic Case Filing on this 1st day of July, 2008.

_____
Joseph B. Greer