### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST<br>AND SOUTHWEST AREAS HEALTH<br>AND WELFARE FUND, and<br>HOWARD MCDOUGALL, Trustee,<br><br>     Plaintiff,<br><br>v.<br><br>JANE HILL JOHNSON and<br>SHARON ROBINSON HORNE,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 08CV2476<br><br>Judge Castillo<br><br>Magistrate Judge Keys |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on the 9th day of July, 2008, at 9:45 a.m., we shall appear before the Honorable Judge Castillo, in Room 2146, and shall then and there present Defendants' AGREED MOTION FOR AN EXTENSION OF TIME, a copy of which is hereby served upon you.

Respectfully Submitted,

JANE HILL JOHNSON

By: _____
One of Her Attorneys

Thomas G. Gardiner
GARDINER KOCH & WEISBERG
53 W. Jackson Blvd., Suite 950
Chicago, Illinois 60604
Telephone 312.362.0000
Facsimile 312.362.0440

## CERTIFICATE OF SERVICE

I, Joseph B. Greer, do hereby affirm under oath that service of this Reply to Plaintiff's Response to Defendants' Motion to Dismiss Plaintiff's Amended Complaint was accomplished pursuant to Electronic Case Filing on this 2nd day of July, 2008.

_____
Joseph B. Greer