MHU

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND, and HOWARD MCDOUGALL, Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>JANE HILL JOHNSON and SHARON ROBINSON HORNE,<br><br>Defendants. | FILED: APRIL 30, 2008<br>08CV2476   PH<br>JUDGE CASTILLO<br>MAGISTRATE JUDGE KEYS<br><br>FILED<br>JUL 0 1 2008   NF<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

### DEFENDANT JANE HILL JOHNSON'S REPLY TO DEFENDANT HORNE'S RESPONSE TO DEFENDANT JOHNSON'S MOTION TO TRANSFER

COMES NOW, Jane Hill Johnson, hereinafter "Defendant Johnson"), *pro se*, and for her reply to Defendant Horne's Response to Defendant Johnson's Motion to Transfer, and would respectfully show unto the Court the following:

1. Defendant Johnson is attempting to hire legal counsel admitted to practice in this Court.

2. She is in the process of retaining Gardiner, Koch & Weisberg to represent her, but has been unable to sign a retainer agreement as she lives in a rural area in East Tennessee and does not have access to facsimile or other communication devices.

3. This case involves numerous and complex legal issues that require representation by counsel.

4. Defendant Sharon Robinson Horne is represented by counsel, and in the interest of justice, she should be given the opportunity to retain counsel.

5. She is unable financially to appear before this Court in Illinois.

6. She wishes to cross-examine Defendant Sharon Robinson Horne as to her residency and domicile.

7. On information and belief, this action could have been filed in the U.S. District Court for the Eastern District of Tennessee.

8. Robert Johnson, Central States insured, resided and died in the Eastern District of Tennessee.

9. The divorce action between Robert Johnson and Jane Johnson was filed in Tennessee state Court in the Eastern District of Tennessee.

10. The injunction against Robert Johnson transferring any assets pending divorce, which was in place at the time Robert Johnson allegedly named Defendant Horne as beneficiary under the policy with Central States was issued by a Tennessee state Court in the Eastern District of Tennessee.

11. The probate of the Estate of Robert Johnson w was filed in Tennessee state Court in the Eastern District of Tennessee.

12. Defendant Sharon Robinson Horne was made a party to the probate and appeared in an adversary action in Tennessee state Court in the Eastern District of Tennessee, which probate is continuing and has continuing jurisdiction over Defendant Horne.

13. This adversary action concerned $40,000.00 paid to Defendant Horne by Central States, as the beneficiary of Robert Johnson, the $40,000.00 was

ordered placed in constructive trust for the benefit of Jane Hill Johnson, and the matter was settled with Jane Johnson receiving $26,000.00 and Defendant Horne receiving $14,000.00. See attached Exhibit "A."

14. This legal action concerns a "second" $40,000.00 due because Robert Johnson's insurance policy with Central States was a double indemnity action in the case of accidental death, which death of Robert Johnson was accidental.

15. The Judge in the Probate action has said he would rule concerning who between Defendant Johnson and Horne should receive the money once the money was released by Central States. See attached Exhibit "B," an unsigned order indicating the Judge's proposed ruling and that the address of record for Defendant Horne is Mosheim, Tennessee in the Eastern District of Tennessee.

16. Defendant Johnson resides in the Eastern District of Tennessee.

17. No witnesses as to matters in this case reside in the Northern District of Illinois, except as to the naming of Defendant Horne as beneficiary under the policy from Central States, which is an admitted fact.

18. It is more convenient for Defendant Sharon Horne to attend proceedings in the Eastern District of Tennessee, as she is only 140 miles from Greeneville, Tennessee, as opposed to 740 miles from Chicago, Illinois.

19. Central States is no longer a party to this action and was the only party located in the Northern District of Illinois.

WHEREFORE Defendant Johnson prays that she be granted a short extension of time within which to retain counsel and file a "legal" reply regarding her Motion to Transfer, or in the alternative, that her motion to transfer be granted, and for further relief as is just under the circumstances.

Respectfully submitted,

JANE HILL JOHNSON, *Pro Se*

*/s/ Jane Hill Johnson*
Jane Hill Johnson, *Pro Se*
c/o 324 6th Street
Bristol, Tennessee 37620
(423) 383-5412

## DECLARATION OF JANE HILL JOHNSON

I, Jane Hill Johnson, do hereby declare under penalty of perjury the following to be the truth, and, do hereby acknowledge that I am over the age of 18 years and have personal knowledge of the contents of this Declaration, and state as follows:

1. I have read the above reply and all the factual allegations in it are true and correct to the best of my knowledge.

Further declarant sayeth not.

*/s/ Jane Hill Johnson*
Jane Hill Johnson

## CERTIFICATE OF SERVICE

I, Jane Hill Johnson, do hereby certify that I have mailed by U.S. Postal first class postage prepaid a true and correct copy of the foregoing to Mark J. Vogel, Tews, Theisen & Theisen, Attorneys for Sharon Robinson Horne, One N. LaSalle Street, Suite 3000, Chicago, IL 60602.

This 29th day of June, 2008.

_____
Jane Hill Johnson