MHK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND, and HOWARD MCDOUGALL, Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>JANE HILL JOHNSON and SHARON ROBINSON HORNE,<br><br>Defendants. | FILED: APRIL 30, 2008<br>08CV2476   PH<br>JUDGE CASTILLO<br>MAGISTRATE JUDGE KEYS<br><br>**FILED**<br>JUL 0 1 2008   NR<br><br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

### DEFENDANT JANE HILL JOHNSON'S EX PARTE MOTION FOR AN EXTENSION OF TIME TO FILE HER REPLY

COMES NOW, Jane Hill Johnson, hereinafter "Defendant Johnson"), *pro se*, and moves this Court, ex parte, for an extension of time within which to file her reply regarding her Motion to Transfer, and would respectfully show unto the Court the following:

1. Defendant Johnson is attempting to hire legal counsel admitted to practice in this Court.

2. She is in the process of retaining Gardiner, Koch & Weisberg to represent her, but has been unable to sign a retainer agreement as she lives in a rural area in East Tennessee and does not have access to facsimile or other communication devices.

3. This case involves numerous and complex legal issues that require representation by counsel.

4. Defendant Sharon Robinson Horne is represented by counsel, and in the interest of justice, she should be given the opportunity to retain counsel.

WHEREFORE Defendant Johnson prays that she be granted a short extension of time within which to retain counsel and file her reply regarding her Motion to Transfer and further relief as is just under the circumstances.

Respectfully submitted,

JANE HILL JOHNSON, *Pro Se*

*[signature]*
Jane Hill Johnson, *Pro Se*
c/o 324 6th Street
Bristol, Tennessee 37620
(423) 383-5412

## DECLARATION OF JANE HILL JOHNSON

I, Jane Hill Johnson, do hereby declare under penalty of perjury the following to be the truth, and, do hereby acknowledge that I am over the age of 18 years and have personal knowledge of the contents of this Declaration, and state as follows:

1. I have read the above ex parte motion and all the factual allegations in it are true and correct to the best of my knowledge.

Further declarant sayeth not.

_____
Jane Hill Johnson

## CERTIFICATE OF SERVICE

I, Jane Hill Johnson, do hereby certify that I have mailed by U.S. Postal first class postage prepaid a true and correct copy of the foregoing to Mark J. Vogel, Tews, Theisen & Theisen, Attorneys for Sharon Robinson Horne, One N. LaSalle Street, Suite 3000, Chicago, IL 60602.

This 28th day of JUNE, 2008.

_____
Jane Hill Johnson

IN THE PROBATE COURT FOR GREENE COUNTY, TENNESSEE,
THIRD JUDICIAL DISTRICT, SITTING AT GREENEVILLE

IN THE MATTER OF:
THE ESTATE OF ROBERT MICHAEL JOHNSON,
Deceased

| | |
|---|---|
| JANE HILL JOHNSON, | }<br>} |
| Administratrix and Plaintiff, | }<br>} |
| vs. | } CASE NO. 2007P192 |
| SHARON HORNE, | }<br>} |
| Defendant. | } |

## AGREED ORDER

This cause came to be heard on September 24, 2007, before this honorable Court. The undersigned ordered $40,000 to be placed in a constructive trust for the benefit of the Plaintiff. The parties have reached an agreement outside of court regarding the $40,000. On September 26, 2007, counsel for the Defendant gave to the Plaintiff a check made out to Frank Slaughter, Jr., and Jane Hill Johnson in the amount of $28,000. The $28,000 dispersed on September 26, 2007, is in full satisfaction of the $40,000 the undersigned ordered placed in a constructive trust.

This Agreed Order incorporates by reference the Order being prepared by counsel for the Plaintiff regarding the September 24, 2007, hearing.

LODGED
DATE 9-26-07
TIME 1:20p
Clerk and Master

In addition, this honorable Court ordered the parties to mediation concerning the year's support issue pled in the Petition. Both parties agree, however, that the Defendant has no standing in the year's support issue and that mediation is not necessary.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. The $28,000 received by the Plaintiff and her counsel is in full satisfaction of the undersigned's order to place $40,000 in a constructive trust for the benefit of the Plaintiff.

2. This Agreed Order incorporates by reference the Order to be filed by Plaintiff's counsel regarding the September 24, 2007, hearing.

3. The Defendant has no standing to address the year's support issue.

ENTER THIS THE _____ DAY OF _____, 2007.

_____
**CHANCELLOR**

APPROVED FOR ENTRY:

*Jennifer A. Ashley, Esq.*
Jennifer A. Ashley, Esq.
Attorney for the Defendant
119 East Depot Street
Greeneville, TN  37743
423/639-7255
BPR# 025807

_____    w/ permission
Frank L. Slaughter, Jr., Esq.            (JA)
Attorney for the Plaintiff
324 6th Street
Bristol, TN  37620
423/844-0560
BPR# 018893


_____
Jane Hill Johnson
Plaintiff

Sep. 26. 2007 2:00PM    Case 1:08-cv-02476    Document 28    Filed 07/01/2008    Page 6 of 10    No. 0271    P. 4

IN THE PROBATE COURT FOR GREENE COUNTY
AT GREENEVILLE, TENNESSEE

IN THE MATTER OF:
ESTATE OF ROBERT MICHAEL JOHNSON
    Deceased

Case No.: 2007P192

JANE HILL JOHNSON
    Administratrix/Plaintiff,

v.

SHARON HORNE
    Defendant

## ORDER

This matter came to be heard before the Honorable Thomas R. Frierson, II, Chancellor for the Circuit Court for Greene County at Greeneville, Tennessee on April 28, 2008 and rescheduled on the Court's docket by Notice of Hearing on June 4, 2008 @ 8:30 a.m.

The Court previously allowed Defendant, Sharon Horne's counsel of record, Jennifer Ashley to withdraw as counsel of record by Order dated April 14, 2008 allowing Defendant, Sharon Horne thirty (30) days from the entry of this Order to obtain new counsel or proceed pro se.

Attempts have been made to serve Defendant, Sharon Horne via Certified Mail/Return Receipt Requested at the following addresses: 995 Weems Chapel Road, Mosheim, Tennessee 37818, (Defendant, Sharon Horne's address of record) and 299 Grandview Court, Kingsport, Tennessee 37664. Notice for this hearing was timely sent to Defendant, Sharon Horne.

An agent for Central States Life Insurance double indemnity policy in the amount of $40,000.00 has agreed to disburse these monies into the United States District Court for the Northern District of Illinois-Eastern Division.

EXHIBIT "B"

Frank L. Slaughter, Jr., P.C.
Attorney-at-Law
324 6th Street
Bristol, Tennessee 37620

At the time of Robert Michael Johnson's death on June 17, 2007, Jane Hill Johnson, widow and surviving heir, was still married to Robert Michael Johnson. Robert Michael Johnson was prohibited from transferring any life insurance proceeds to any other beneficiary by Injunction filed April 27, 2006 in the Chancery Court for Greene County at Greeneville, Tennessee.

At the time of Robert Michael Johnson's death, Jane Hill Johnson and the deceased had been married for more than twenty (20) years.

It is therefore, ADJUDGED and ORDERED that the $40,000.00 in double indemnity life insurance proceeds from Central States be awarded and held in a constructive trust for Plaintiff, Jane Hill Johnson and costs in this matter shall be taxed to Defendant, Sharon Horne.

ENTER:

_____
Thomas R. Frierson, II, Chancellor

APPROVED FOR ENTRY:

_____
Frank L. Slaughter, Jr.
Attorney for Jane Hill Johnson
BPR # 018893
324 6th Street
Bristol, TN  37620
Office: 423/844/0560

IN THE PROBATE COURT FOR GREENE COUNTY
AT GREENEVILLE, TENNESSEE

IN THE MATTER OF:
ESTATE OF ROBERT MICHAEL JOHNSON
    Deceased

Case No.: 2007P192

JANE HILL JOHNSON
    Administratrix/Plaintiff,

v.

SHARON HORNE
    Defendant

### CERTIFICATE OF SERVICE

I, Frank L. Slaughter, Jr. do hereby certify that I have mailed, via First Class Mail to Defendant's last known address, a true and correct copy of the foregoing Order to Sharon Horne, 995 Weems Chapel Road, Mosheim, Tennessee 37818.

This 4th day of June, 2008.

_____
Frank L. Slaughter, Jr.

Frank L. Slaughter, Jr.,
P.C.
Attorney-at-Law
324 6th Street
Bristol, Tennessee 37620

IN THE PROBATE COURT FOR GREENE COUNTY
AT GREENEVILLE, TENNESSEE

IN THE MATTER OF:
ESTATE OF ROBERT MICHAEL JOHNSON
    Deceased

Case No.: 2007P192

JANE HILL JOHNSON
    Administratrix/Plaintiff,

v.

SHARON HORNE
    Defendant

### CERTIFICATE OF SERVICE

I, Frank L. Slaughter, Jr. do hereby certify that I have mailed, via First Class Mail to Defendant's last known address, a true and correct copy of the foregoing Order to Sharon Horne, 995 Weems Chapel Road, Mosheim, Tennessee 37818.

This 4th day of June, 2008.

_____
Frank L. Slaughter, Jr.