UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Central States, Southeast and Southwest Areas Health and Welfare Fund, et al.

Plaintiff,

v.

Case No.: 1:08−cv−02476
Honorable Ruben Castillo

Jane Hill Johnson, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 3, 2008:

MINUTE entry before the Honorable Ruben Castillo:Defendant Jane Hill Johnson's motion for extension of time [23] is granted. Defendant Jane Hill Johnson's ex parte motion for extension of time [28] is denied as moot. Defendant's reply to her motion to transfer to Tennessee [19] is due on or before 7/14/2008. The Court will rule by mail. Motion hearing set for 7/9/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.