IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND, and HOWARD MCDOUGALL, Trustee, | ) ) ) ) ) | |
| Plaintiff, | ) ) | No. 08CV2476 |
| v. | ) ) | Judge Castillo |
| JANE HILL JOHNSON and SHARON ROBINSON HORNE, | ) ) ) ) | Magistrate Judge Keys |
| Defendants. | ) | |

**AGREED MOTION FOR AN EXTENSION OF TIME
TO REPLY IN SUPPRT OF MOTION TO TRANSFER**

Defendant, Jane Hill Johnson, by and through her attorneys, Gardiner Koch & Weisberg, moves this court for an extension of time to reply in support of her Motion to Transfer and in support thereof state:

1. On April 30, 2008, Central States, Southwest and Southwest areas Health and Welfare Fund and Howard McDougall filed s Complaint for Interpleader.

2. On June 5, 2008, Defendant, Jane Hill Johnson, filed her Answer to Complaint for Interpleader. Defendant, Jane Hill Johnson, included a Motion to Transfer with the Answer.

3. On June 11, 2008, the Court set a briefing schedule related to Defendant's Motion to Transfer. The briefing schedule allowed Co-Defendant, Sharon Robinson Horne until June 23, 2008 to respond to Defendant's Motion to Transfer. Defendant was granted until June 30, 2008 to reply to Co-Defendant's Response.

4. On June 23, 2008, Co-Defendant, Sharon Robinson Horne, filed her Response to Defendant's Transfer Motion.

5. On June 30, 2008 Defendant retained Gardiner Koch & Weisberg as her local counsel.

6. On July 3, 2008, the Court granted Defendants' Agreed Motion for an Extension of Time – allowing Defendant Jane Hill Johnson to file her Reply by July 14, 2008.

7. The extreme distance between Defendant, in rural Tennessee, and her attorneys, in Chicago, has made it difficult to communicate effectively. As a result, it is unlikely that Defendant will be able to file her Reply by July 14, 2008.

**WHEREFORE**, Defendant moves this court to extend the deadline for her to file her Reply in Support of her Motion to Transfer until July 21, 2008.

JANE HILL JOHNSON

By: _____
One of her attorneys

Thomas G. Gardiner
GARDINER KOCH & WEISBERG
53 W. Jackson Blvd., Suite 950
Chicago, IL 60604
(312) 362-0000
Atty. No.: 29637