IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND, and HOWARD MCDOUGALL, Trustee, | )<br>)<br>)<br>) |
| Plaintiff, | )  No. 08CV2476 |
| v. | )  Judge Castillo |
| JANE HILL JOHNSON and SHARON ROBINSON HORNE, | )  Magistrate Judge Keys |
| Defendants. | ) |

### NOTICE OF FILING

PLEASE TAKE NOTICE that on the 21st day of July, 2008, we caused to be filed electronically with the Clerk of the District Court, Defendant's **Reply in Support of Motion for Transfer**, a copy of which has been hereby served upon you.

Respectfully submitted,

JANE HILL JOHNSON

By: _____
One of Her Attorneys

Thomas G. Gardiner
GARDINER KOCH & WEISBERG
53 W. Jackson Blvd., Suite 950
Chicago, Illinois 60604
Telephone 312.362.0000

### CERTIFICATE OF SERVICE

I, Joseph B. Greer, an attorney, do hereby affirm under oath that I served copies of the foregoing documents by electronic filing, to the above-named parties, on this 21th day of July, 2008.

_____
Joseph B. Greer