UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

| | |
|---|---|
| Central States, Southeast and Southwest Areas Health and Welfare Fund, et al.<br><br>                                          Plaintiff,<br><br>v.<br><br>Jane Hill Johnson, et al.<br><br>                                          Defendant. | Case No.:<br>1:08−cv−02476<br>Honorable Ruben Castillo |

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 25, 2008:

    MINUTE entry before the Honorable Arlander Keys:Settlement conference held. The case settled. The Parties will submit an agreed dismissal order to the district judge next week. Therefore, all matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Case no longer referred to Honorable Arlander Keys.(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.