# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Central States, Southeast and Southwest Areas Health and Welfare Fund, et al.

                    Plaintiff,

v.

Jane Hill Johnson, et al.

                    Defendant.

Case No.: 1:08−cv−02476

Honorable Ruben Castillo

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 28, 2008:

      MINUTE entry before the Honorable Ruben Castillo:With thanks to Magistrate Judge Keys, this case is hereby dismissed without prejudice to the filing of a stipulation or appropriate settlement documents. Defendant Jane Hill Johnson's motion to transfer this case to Tennessee [19] is denied as moot.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.