Order Form (01/2005)

MHN

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2476 | **DATE** | 8/14/2008 |
| **CASE TITLE** | Central States, et al. Vs. Jane Hill Johnson, et al. | | |

**DOCKET ENTRY TEXT**

Enter agreed settlement order. Upon payment as directed in this order, this case shall be dismissed with prejudice and without costs.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | SLB |
|---|---|---|---|