MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST )<br>AND SOUTHWEST AREAS HEALTH )<br>AND WELFARE FUND, and )<br>HOWARD MCDOUGALL, Trustee, )<br>   ) <br>              Plaintiffs, )<br>   )<br>v.   )<br>   )<br>JANE HILL JOHNSON and )<br>SHARON ROBINSON HORNE, )<br>   )<br>              Defendants. ) | No.   08 CV 2476<br>JUDGE CASTILLO<br>MAGISTRATE JUDGE KEYS |

## AGREED ORDER

THIS CAUSE COMING TO BE HEARD on the Settlement Agreement and Mutual Release entered into by and between Defendant Jane Hill Johnson and Defendant Sharon Robinson Horne, the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

1. The Settlement Agreement and Mutual Release entered into by and between Defendant Jane Hill Johnson and Defendant Sharon Robinson Horne, is accepted by the Court;

2. The $40,000.00 Accidental Death and Dismemberment Benefit (the "AD&DB") paid by the Central States, Southeast and Southwest Areas Health and Welfare Fund to the Clerk of the Court plus accrued interest shall be paid as follows:

   (a) Fifty (50) percent of the AD&DB proceeds and accrued interest to Defendant Jane Hill Johnson in a check made payable to: Gardiner Koch & Weisberg, The Slaughter Law Firm, P.C., and Jane Hill Johnson; and

1

(b)  Fifty (50) percent of the AD&DB proceeds and accrued interest to Defendant Sharon Robinson Horne in checks made payable as follows: (i) a check for one-third (1/3) of the fifty (50) percent of the AD&DB proceeds and accrued interest to Tews, Theisen & Theisen; and (ii) the balance of the fifty (50) percent of the AD&DB proceeds and accrued interest in a check made payable to Sharon Robinson Horne.

3. Upon payment as directed in this Order, this case shall be dismissed with prejudice and without costs.

ENTER:

Dated: 8/14/08

Honorable Rubin Castillo
District Judge